## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODING TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DUPONT DE NEMOURS AND COMPANY, LLC,<br><br>        Defendant. | C. A. No. 1:17-cv-1458-LPS-CJB<br><br>NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL |

Plaintiff, CODING TECHNOLOGIES LLC, hereby gives notice that this action has been settled and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action, with prejudice, with both parties to bear their own attorneys' fees and expenses incurred in this action.

Dated:  January 18, 2018

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
Delaware Bar No. 4606
stamoulis@swdelaw.com
Richard C. Weinblatt
Delaware Bar No. 5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: (302) 999-1540

**COUNSEL FOR PLAINTIFF**
**CODING TECHNOLOGIES LLC**